DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL GENE BALL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-0355 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON |
| v. | |
| MICHAEL GENE BALL, JR., | Date:  November 28, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for November 21, 2006, may be continued to November 28, 2006, at the hour of 9:00 A.M.**

The continuance is at the request of defense counsel to allow for continuity of counsel because she is scheduled to be out of her office on November 21, 2006, the date now set for hearing

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 14, 2006     By: /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: November 14, 2006     By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
Michael Gene Ball

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 21, 2006**           /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                2