```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SHERRILL A. CARVALHO
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) Cr. F. 06-0355 OWW
                                 )
12             Plaintiff,        ) ORDER REGARDING PARTIES'
                                 ) STIPULATION AND REQUEST
13                               ) FOR CONTINUANCE OF MOTIONS
           v.                    ) HEARING
14                               )
    MICHAEL BALL,                )
15                               )
               Defendant.        )
16  _____)
17
```

On April 18, 2007, the parties lodged a stipulation to continue the motions hearing currently scheduled for April 23, 2007 at 9:00 a.m. to May 21, 2007, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the motions hearing until May 21, 2007 at 9:00 a.m. is granted.  Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective defense preparation, plea negotiations, and the filing

1  of motions, pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A)
2  and 3161(h)(8)((B)(iv).
3
4  IT IS SO ORDERED.
5  **Dated:   April 19, 2007**              **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE