McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. F. 06-0355 OWW |
| ) | |
| Plaintiff, ) | ORDER REGARDING PARTIES' |
| ) | STIPULATION AND REQUEST |
| ) | FOR CONTINUANCE OF MOTIONS |
| v. ) | HEARING |
| ) | |
| MICHAEL BALL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On April 24, 2007, the parties lodged a stipulation to continue the motions hearing currently scheduled for May 21, 2007 at 9:00 a.m. to June 4, 2007, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the motions hearing until June 4, 2007 at 9:00 a.m. is granted.  Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective defense preparation, plea negotiations, and the filing

of motions, pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)((B)(iv).

IT IS SO ORDERED.

**Dated:   April 27, 2007**                              **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE