```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL GENE BALL, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>    v.<br><br>MICHAEL GENE BALL, JR.,<br><br>        *Defendant.* | No. 1:06-cr-0355 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON<br><br>Date:   August 27, 2007<br>Time:  9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for July 23, 2007, may be continued to August 27, 2007, at the hour of 9:00 A.M.**

The continuance is at the request of defense counsel. Subsequent to counsel's review of the images in the matter, counsel determined that further investigation of the computer images and the hard drive of the computer was necessary. Additionally, this investigation will allow for time for counsel and the defendant to review the terms of the proposed plea agreement in light of the investigation

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: July 19, 2007        By:  /s/ Sherrill A. Carvalho
        SHERRILL A. CARVALHO
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Public Defender

DATED: July 19, 2007        By:  /s/ Francine Zepeda
        FRANCINE ZEPEDA
        Assistant Federal Defender
        Attorneys for Defendant
        Michael Gene Ball

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 20, 2007**        /s/ Oliver W. Wanger
        UNITED STATES DISTRICT JUDGE